UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:20-CR-601-M |
| ) | |
| SAMSON KIDANE ASRES ) | |

### OPPOSED MOTION FOR APPOINTMENT OF NEW COUNSEL

To the Honorable United States Chief District Judge Barabara Lynn:

Defendant, SAMSON KIDANE ASRES, by this limited pro se filing, herby moves this Court for an Appointment of New Counsel. It is requested that F. Clinton Broden, Defendant's current counsel, be removed as counsel and be replaced by Labi Akere:

**I.   Limited Pro Se Appearance by Defendant**

1. Defendant understands that he "does not have the right to a hybrid representation", United States v. Daniels, 572 F.2d 535, 540 (5th Cir. 1978) and does not plan to appear for any additional reasons other than to file this motion. Defendant's previous pro se motion was found "moot" by the Court after his counsel filed a proper Motion for Continuance. Here, again the Defendant has attempted to have his current counsel, Mr. Broden, remove himself as counsel but has yet to do so. No further pro se motions should be sent to this Court after new counsel, Mr. Akere is appointed.

**II.   Support for Appointment of New Counsel**

2. Both Mr. Broden and Mr. Akere are retained attorney's thereby inflicting no additional judicial resources to facilitate this request. Mr. Akere has already previously worked on this case and would take no additional time from the Court to take over as new counsel.

3. This motion is not filed for the purpose of delay, but so that justice may be had. The Defendant and his current counsel, Mr. Broden, have not been able to communicate or meet court deadlines on several relevant and critical sentencing issues. Appointment of Mr. Akere as Defendant's new counsel will resolve these issues and help expidite the upcoming court proceedings.

### III. Conclusion

Defendant respectfully prays that the Court acept his pro se Motion for Appointment of New Counsel. In the alternative, Defendant requests the Court to direct F. Clinton Broden to file this motion on his behalf.

Respectfully submitted,
Samson Kidane Asres
#27033-509
P.O. Box 9000
Seagoville, TX 75159
(Limited Pro Se to this Motion Only)

x _____

### IV. Certificate of Service

I certify that on April 26, 2023 a copy of this document was served by US postage mail on all counsel of record through the BOP Seagoville Detention Center in Seagoville, TX.

x _____
Samson Kidane Asres

### V. Certificate of Conference

I certify that on April 26, 2023 I attempted to contact the other counsel on this case, asking whether they object to the appointment of new counsel. Because I was not able to successfully contact the other counsel, this motion is filed as opposed.

x _____
Samson Kidane Asres

Name: Samson Kidane Asres
Reg. No. #27033-509
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

NORTH TEXAS TX P&DC
[LEGAL MAIL]
27 APR 2023 PM 3

MAY - 2 2023

Barbara Lynn
US Chief District Judge
1100 Commerce Street.
Dallas, TX 75242

75242-106097